George J. Wall, OSB No. 934515,
gwall@eastpdxlaw.com
1336 E. Burnside St., Suite 130
Portland OR 97214
Telephone: (503)236-0068
Fax No.: (503)236-0028

    Of Attorneys for Plaintiff, Janice G. Hampton

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JANICE G. HAMPTON, | Case No.:  6:11-cv-00286-HO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER AWARDING EAJA FEES |
| Commissioner, Social Security Administration | |
| Defendant | |

    On February 17, 2012 the Court entered judgment remanding this case back to the Commissioner. The parties named above through their respective attorneys hereby agree that attorney fees in the amount of $4,512.98 as provided in the Equal Access to Justice Act (EAJA), 28 USC 2412(d) should be awarded to Plaintiff, Janice Hampton.

Stipulated: April 13, 2012.

| | |
|---|---|
| /s/ George J. Wall | /s/David J. Burdett |
| George J. Wall, OSB No. 934515 | Special Assistant U.S. Attorney |
| 1336 E. Burnside St., Suite 130 | Office of the General Counsel |
| Portland OR 97214 | Social Security Administration |
| Telephone: (503)236-0068 | 701 5th Ave., Suite 2900 M/S 221A |
| Fax: (503)236-0028 | Fax: (206)615-3621 |
| gwall@eastpdxlaw.com | david.burdett@ssa.gov |

Page 1 – STIPULATION AND ORDER, EAJA FEES

Per the stipulation of the parties, the Court orders that attorney fees in the amount of $4,512.98 shall be awarded to Plaintiff, Janice Hampton, pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412.

Signed: _____ Dated 4/19/12
Judge, U.S. District Court
District of Oregon

Order prepared by:

/s/ George J. Wall
George J. Wall, OSB #934515
Attorney for Plaintiff, Janice Hampton
1336 E. Burnside St., Suite 130
Portland OR 97214

Dated: April 13, 2012

/s/ George J. Wall
George J. Wall, OSB #93451
gwall@eastpdxlaw.com
Telephone: (503) 236-0068
Fax: (503) 236-0028
Attorney for Plaintiff Janice G. Hampton

Page 2 – STIPULATION AND ORDER, EAJA FEES