IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JANICE HAMPTON,

        Plaintiff,

    v.

CAROLYN COLVIN, Commissioner,
Social Security Administration,

        Defendant.

**Civ. No. 6:11-cv-00286-MC**

**OPINION AND ORDER**

**MCSHANE, Judge**:

Based upon the stipulation of the parties and this Court's own independent review, *see Gisbrecht v. Barnhart*, 535 U.S. 789, 807 (2002), this Court orders that attorney fees in the amount of $24,278.00 shall be awarded to plaintiff's attorney pursuant to 42 U.S.C. § 406(b). Upon receipt of payment, plaintiff's attorney shall reimburse plaintiff for attorney fees previously awarded under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).[1] Plaintiff's attorney shall also reimburse plaintiff for unpaid fees previously awarded under 42 U.S.C. § 406(a) upon receipt of payment of these fees.[2]

IT IS SO ORDERED.

---

[1] Plaintiff was previously awarded $4,512.98 under the EAJA. Order 1–2, Apr. 13, 2012, ECF No. 19.
[2] Plaintiff's attorney was previously awarded $6,000 under 42 U.S.C. § 406(a), but has not yet received payment. Mot. Att'y Fees 3, ECF No. 22.

1 – OPINION AND ORDER

DATED this 5th day of January, 2015.

**Michael J. McShane**
**United States District Judge**

2 – OPINION AND ORDER